# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SUSANVILLE/REDDING BRANCH

**FILED**
AUG 29 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | VIOLATION NO. |
| Plaintiff, | ) | **ORDER TO APPEAR** |
| vs. | ) | 2:05 - CR - 0351 KJM |
| Ronald Scott, | ) | |
| Defendant. | ) | |

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on 9-21-05, at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 8-23-05

_Christy L Pine_
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

cc:  Clerk, U.S. District Court (w/Violation Notice and Statement of Probable Cause)
     Pat Mikel, U.S. Attorney's Office (w/Violation Notice and Statement of Probable Cause)
     Lupe Hernandez, Federal Public Defender's Office (w/Violation Notice and Statement of Probation Cause)
     Duty Magistrate Clerk (w/Violation Notice and Statement of Probable Cause)